DAVIS & GILBERT LLP
Howard J. Rubin (HR 1768)
Scott L. Walker (SW 0330)
Shirin Keen (SK 6793)
1740 Broadway
New York, NY 10019
(212) 468-4800
Attorneys for Plaintiff Ogilvy Group Sweden AB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OGILVY GROUP SWEDEN AB,

                Plaintiffs,

-against-

TIGER TELEMATICS, INC., GIZMONDO EUROPE, LTD.,

                Defendants.

Civil Action No.: 05-CV-8488 (DLC) (FM)

**AMENDED JUDGMENT**

Whereas, plaintiff having filed this action to recover damages, and the Court, on March 6, 2006, having granted plaintiff's motion for judgment on the pleadings, and having referred the matter of damages to Magistrate Judge Maas for an inquest, an inquest having been held and the Magistrate Judge having issued his Report, and the Court, on August 28, 2006, having issued its Memorandum Opinion and Order adopting the Report of the Magistrate Judge granting an award of damages costs and interest for plaintiff in the amount of $4,877,461.44 against defendants, and objections having then been filed and rejected by the Court, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated August 28, 2006, judgment is hereby entered in favor of plaintiff Ogilvy Group Sweden AB, a company incorporated under the laws of Sweden, located at Humlegårdsgatan 6, 114 80, Stockholm, Sweden and jointly and severally against defendant Tiger Telematics, Inc., a company organized under the laws of the State of Florida, and located at 10201 Centurion Parkway North, Suite 600, Jacksonville, Florida, 32256 and defendant

1

Gizmondo Europe, Ltd. a company incorporated under the laws of England and Wales, located at 1 Meadow Gate Avenue, Farnborough Business Park, Farnborough, Hampshire GU14 6FG, United Kingdom for $4,105,723 in damages, $312.50 in costs, $744,091.95 in pre-judgment interest through 7/20/06, and prejudgment interest of $1,012.37 per day for each day from 7/21/06 until entry of judgment.

SO ORDERED:

_____
Hon. Denise Cote, U.S.D.J., S.D.N.Y.

September 29, 2006

nunc pro tunc August 29, 2006

2